UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:03–CR–20890-PCH/GARBER

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE EDGAR DIAZ

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon Defendant Jose Edgar Diaz's Change of Plea on February 21, 2014 [D.E. No. 17]. The Honorable Barry L. Garber, United States Magistrate Judge, issued a Report and Recommendation [D.E. No. 18], filed on February 21, 2014, recommending that his guilty plea to Count 1 of the indictment be accepted, that he be adjudicated guilty of such offence, and that a sentencing hearing be conducted for final disposition of this cause.

Plaintiff has not objected to the Report and Recommendation so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Court adopts Judge Barry L. Garber's Report and Recommendation.

DONE AND ORDERED in chambers, Miami, Florida, March 18, 2014.

PAUL C. HUCK
United States District Judge

**Copies Furnished To**:
Magistrate Judge Barry L. Garber
All Counsel of Record